## De Sol Corp

P.O.Box 268
S.San Francisco, CA 94402
650.222.3227   Telephone
650.342.7429   Fax

# Invoice

**Bill To**

VEGAS CONECCTION
800 McGarry St #4
Los Angeles CA 90021

| Date | Invoice # |
|---|---|
| 1/15/2007 | 1009S |

| P.O. Number | Terms | Ship | Via | Due Date |
|---|---|---|---|---|
|  | Due 7 | 1/15/2007 |  | 1/22/2007 |

| Cases | Quantity | Lot # | Description | Price | Amount |
|---|---|---|---|---|---|
| 190 | 190 | 705S | GREEN UNION(CEBOLLITA MEXICANA) | 5.75 | 1,092.50 |
| 154 | 154 | 705S | CACTUS LEAF(FRESH) | 19.50 | 3,003.00 |
| 117 | 117 |  | CHAYOTE LISO | 9.50 | 1,111.50 |
| 50 | 50 | 705S | CHAYOTE SPIKE (CHAYOTE ESPINA) | 10.75 | 537.50 |
| 394 | 7,572 | 705S | MILPERO, HUSK TOMATILLO MINI | 0.70 | 5,300.40 |
| 45 | 1,069 | 705S | MILPERO CELLO 1 LB. | 0.75 | 801.75 |
| 12 | 264 | 705S | MEXICAN CANDY(DULCE MEXICANO) | 1.75 | 462.00 |
| 92 | 2,828 | 705S | PEAS(CHICHARO) | 0.85 | 2,403.80 |
| 37 | 1,215 | 705S | XOCONOTLE | 0.60 | 729.00 |
| 158 | 5,818 | 705S | HAVA(HABA) | 1.20 | 6,981.60 |
| 42 | 962 | 705S | CHILACAS | 0.90 | 865.80 |
| 26 | 549 | 705S | HUAJE VERDE | 1.25 | 686.25 |
| 25 | 550 | 705S | HUAJE ROJO | 1.30 | 715.00 |

All claims and returned goods MUST be made within 24 hrs, accompanied by the bills. Past due accounts subject to interest charges of 1 1/2% per month, maximum 18% per annum. Buyers agrees to pay reasonable collectio cost, reasonable attorney fees ans actual court costs if such be incurred in the collection of this account. The perishable agricultural commodities listed on the invoice are sold subject to the statutory trut authorized by section 5c of the Perishable Agricultural Commodities Act 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivabes or proceeds from the sales of these commodities until full payment is received.

**Total** $24,690.10



**De Sol Corp**
P.O. Box 268
S. San Francisco, CA 94402
650.222.3227 Telephone
650.342.7429 Fax

# Invoice

| Bill To |
|---|
| VEGAS CONECCTION<br>800 McGarry St #4<br>Los Angeles CA 90021 |

| Date | Invoice # |
|---|---|
| 3/5/2007 | 1049 |

| P.O. Number | Terms | Ship | Via | Due Date |
|---|---|---|---|---|
|  | DUE. 7 | 3/5/2007 | SEVERO | 3/16/2007 |

| Cases | Quantity | Lot # | Description | Price | Amount |
|---|---|---|---|---|---|
| 195 | 195 | 725L | PERSIAN LIMES | 21.50 | 4,192.50 |

All claims and returned goods MUST be made within 24 hrs, accompanied by the bills.
Past due accounts subject to interest charges of 1 1/2% per month, maximum 18% per annum.
Buyers agrees to pay reasonable collectio cost, reasonable attorney fees ans actual court costs
if such be incurred in the collection of this account. The perishable agricultural commodities
listed on the invoice are sold subject to the statutory trut authorized by section 5c of the
Perishable Agricultural Commodities Act 1930 (7 U.S.C 499e). The seller of these commodities
retains a trust claim over these commodities, all inventories of food or other products derived
from these commodities, and any receivabes or proceeds from the sales of these commodities until
full payment is received.

**Total** $4,192.50

Jul 18 07 03:40p                                                                                           p.2

## De Sol Corp.

235 3rd Ave., Suite No.203
San Mateo, CA 94002-4402
562.652.6447  Telephone
650.342.7429  Fax

# Invoice

| Bill To | Date | Invoice # |
|---|---|---|
| VEGAS CONECCTION<br>800 McGarry St #4<br>Los Angeles CA 90021 | 3/14/2007 | 1062 |

| P.O. Number | Terms | Ship | Via | Due Date |
|---|---|---|---|---|
|  | DUE 7 |  |  | 3/21/2007 |

| Cases | Quantity | Class | Description | Price | Amount |
|---|---|---|---|---|---|
| 66 | 1,550 | 733S | HAVA(HABA) | 1.05 | 1,627.50 |
| 552 | 11,306 | 733S | MILPERO, HUSK TOMATILLO MINI | 0.80 | 9,044.80 |
| 64 | 1,526 | 733S | PEAS(CHICHARO) | 1.00 | 1,526.00 |
| 50 | 1,212 | 733S | MILPERO CELLO 1 LB. | 0.90 | 1,090.80 |
| 100 | 100 | 733S | CHAYOTE SPIKE (CHAYOTE ESPINA) | 16.50 | 1,650.00 |
| 147 | 147 | 733S | CACTUS LEAF(FRESH) | 8.50 | 1,249.50 |
| 33 | 730 | 733S | HUAJE VERDE | 1.50 | 1,095.00 |
| 17 | 338 | 733S | HUAJE ROJO | 1.35 | 456.30 |
| 98 | 2,470 | 733S | BANANA LEAF(HOJA PLATANO) | 0.68 | 1,679.60 |
| 117 | 117 | 733S | CHAYOTE LISO | 12.00 | 1,404.00 |
| 504 | 504 | 733S | GREEN UNION(CEBOLLITA MEXICANA) | 5.25 | 2,646.00 |

All claims and returned goods MUST be made within 24 hrs, accompanied by the bills. Past due accounts subject to interest charges of 1 1/2% per month, maximum 18% per annum. Buyers agrees to pay reasonable collectio cost, reasonable attorney fees ans actual court costs if such be incurred in the collection of this account. The perishable agricultural commodities listed on the invoice are sold subject to the statutory trut authorized by section 5o of the Perishable Agricultural Commodities Act 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivabes or proceeds from the sales of these commodities until full payment is received.

**Total** $23,469.50

↑ 22,859.10 pmt

Bal. 610.40

Jul 16 07 03:40p  p.1

## De Sol Corp.

235 3rd Ave., Suite No.203
San Mateo, CA 94002-4402
562.652.6447  Telephone
650.342.7429  Fax

# Invoice

| Bill To |
|---|
| VEGAS CONECCTION<br>800 McGarry St.#4<br>Los Angeles CA 90021 |

| Date | Invoice # |
|---|---|
| 3/21/2007 | 1076 |

| P.O. Number | Terms | Ship | Via | Due Date |
|---|---|---|---|---|
|  | DUE 7 | 3/21/2007 |  | 3/28/2007 |

| Cases | Quantity | Class | Description | Price | Amount |
|---|---|---|---|---|---|
| 98 | 2,292 | 735S | BANANA LEAF(HOJA PLATANO) | 0.65 | 1,489.80 |
| 45 | 872 | 735S | HUAJE ROJO | 1.50 | 1,308.00 |
| 40 | 1,073 | 735S | MILPERO CELLO 1 LB. | 0.65 | 697.45 |
| 252 | 252 | 735S | CHAYOTE LISO | 9.50 | 2,394.00 |
| 812 | 16,746 | 735S | MILPERO, HUSK TOMATILLO MINI | 0.68 | 11,387.28 |

All claims and returned goods MUST be made within 24 hrs, accompanied by the bills.
Past due accounts subject to interest charges of 1 1/2% per month, maximum 18% per annum.
Buyers agrees to pay reasonable collectio cost, reasonable attorney fees ans actual court costs
if such be incurred in the collection of this account. The perishable agricultural commodities
listed on the invoice are sold subject to the statutory trut authorized by section 5c of the
Perishable Agricultural Commodities Act 1930 (7 U.S.C 499e). The seller of these commodities
retains a trust claim over these commodities, all inventories of food or other products derived
from these commodities, and any receivabes or proceeds from the sales of these commodities until
full payment is received.

**Total**  $17,276.53

*— 17150.53 pm*

*Bal $126.—*