IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2

3    DE SOL CORP., INC.                              NO. CV 07-04107 SBA

4              Plaintiff,                            **CLERK'S NOTICE RE: FAILURE
                                                     TO FILE ELECTRONICALLY**
         v.

5

6    VEGAS CONNECTION INC
              Defendant,
7    _____/

8    On **08/09/07,** counsel for **Plaintiff De Sol Corp., Inc.** filed a **Complaint [1]** manually, on paper.  This

9    case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

10

11   The above mentioned  paper document has been filed and docketed. However, General Order 45

12   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

13   presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff**  should submit the

14   **aforementioned document,** in PDF format within 10 days, as an attachment in an **e-mail** message

15   directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

16   **Judges** button and follow the procedure listed there).  Do **not** e-file a document which has been

17   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

18   be e-filed.

19

20   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

21   become an ECF User and be assigned a user ID and password for access to the system upon designation

22   of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

23   must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

24   at ecf.cand.uscourts.gov.

25   Dated: October 16, 2007                          _____/s/_____

26                                                    Jessie Mosley
                                                     Deputy Clerk
27

28