**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| De Sol Corp., Inc., <br>            Plaintiff(s), <br> v. <br> Vegas Connection, Inc., <br>            Defendant(s). | 07-04107 SBA <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 31, 2007

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

          _____
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04107 SBA                                              -2-

PROOF OF SERVICE

Case Name:      De Sol Corp., Inc. v. Vegas Connection, Inc.

Case Number:    07-04107 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Brandon Lee Reeves
>   Greene, Chauvel, et al.
>   951 Mariner's Isl. Blvd.,
>   Suite 630
>   San Mateo, CA 94404
>   brandon@greenechauvel.com
>
>   Ronald C. Chauvel
>   Greene Chauvel Descalso & Minoletti
>   951 Mariner's Island Boulevard
>   Suite 630
>   San Mateo, CA 94404-1592
>   ron@greenechauvel.com
>
>   John Bryant Richards
>   137 E. Anapamu St.
>   Santa Barbara, CA 93101
>   jbr@jbrlaw.com
>
>   Omar Awad
>   ,

Jahangir Shahriari

,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov