# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

De Sol Corp., Inc.,

                Plaintiff(s),

            v.

Vegas Connection, Inc.; Omar Awad; and Jahangir Shahriari,

                Defendant(s).
_____/

CASE NO. 07-04107 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 15, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Brandon Reeves | Plainitff | 650-573-9500 | brandon@greenechauvel.com |
| John Richards | Defendants | 805-683-2736 | jbr@jbrlaw.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/2/07

Dated: 11/2/07

Brandon Reeves
Attorney for Plaintiff

John Richards
Attorney for Defendant

Rev 12.05