| Attorney or Party without Attorney:<br>RONALD C. CHAUVEL, Bar #083182<br>GREENE, CHAUVEL, DESCALSO, & MINOLETTI<br>951 Mariner's Island Blvd, STE 630<br>San Mateo, CA 94404<br>Telephone No: 650-573-9500   FAX No: 650-573-9689<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>ALVARO-2 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: DE SOL CORP., INC., a California corporation
Defendant: VEGAS CONNECTION, INC., a California corporation

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4107 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; JUDGE ARMSTRONG'S STANDING ORDERS; CLERK'S NOTICE

3. a. Party served:        OMAR AWAD
   b. Person served:      YANAHRI SHAHRIARI, OWNER, Other, Male, 40+ Years Old, Gray Hair, Brown Eyes, 5 Feet 4 Inches, 165 Pounds

4. Address where the party was served:   800 MCGARRY STREET #4
   Los Angeles, CA 90021

5. I served the party:
   b. by substituted service. On: Tue., Aug. 28, 2007 at: 7:00AM by leaving the copies with or in the presence of:
   YANAHRI SHAHRIARI, OWNER
   (1) (Business) Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. J. ALDANA                                d. The Fee for Service was:   $63.50
   b. SWIFT ATTORNEY SERVICE                   e. I am: (3) registered California process server
      P.O. BOX 5324                               (i)   Owner
      500 ALLERTON STREET, SUITE 105              (ii)  Registration No.:   5261
      Redwood City, CA 94063                      (iii) County:             Los Angeles
   c. (650)364-9612, FAX (650)364-3305

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 12, 2007

Judicial Council Form POS-010                PROOF OF SERVICE                        (J. ALDANA)         greene.11564
Rule 982.9.(a)&(b) Rev January 1, 2007           SUMMONS

| Attorney or Party without Attorney: RONALD C. CHAUVEL, Bar #083182  GREENE, CHAUVEL, DESCALSO, & MINOLETTI  951 Mariner's Island Blvd, STE 630  San Mateo, CA 94404 | | For Court Use Only |
|---|---|---|
| Telephone No: 650-573-9500    FAX No: 650-573-9689 | Ref. No or File No.: ALVARO-2 | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT DISTRICT | | |
| Plaintiff: DE SOL CORP., INC., a California corporation  Defendant: VEGAS CONNECTION, INC., a California corporation | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 4107 |
|---|---|---|---|---|

1. I, KATELIN A. STASUN, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant OMAR AWAD as follows:

2. Documents: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; JUDGE ARMSTRONG'S STANDING ORDERS; CLERK'S NOTICE.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/13/07 | 10:00am | Business | CLOSED Attempt made by: J. ALDANA. Attempt at: 800 MCGARRY STREET #4 Los Angeles CA 90021. |
| Fri | 08/24/07 | 3:05pm | Business | NO ANSWER Attempt made by: J. ALDANA. Attempt at: 800 MCGARRY STREET #4 Los Angeles CA 90021. |
| Mon | 08/27/07 | 8:50am | Business | THE SUBJECT WAS NOT IN Attempt made by: J. ALDANA. Attempt at: 800 MCGARRY STREET #4 Los Angeles CA 90021. |
| Tue | 08/28/07 | 7:00am | Business | Substituted Service on: OMAR AWAD Business - 800 MCGARRY STREET #4 Los Angeles, CA. 90021 by Serving: YANAHRI SHAHRIARI, OWNER, Other, Male, 40+ Years Old, Gray Hair, Brown Eyes, 5 Feet 4 Inches, 165 Pounds Person of suitable age and discretion by leaving a copy of the document(s) with: YANAHRI SHAHRIARI, OWNER. Served by: J. ALDANA |
| Thu | 08/30/07 | | | Mailed copy of Documents to: OMAR AWAD |

3. Person Executing
   a. KATELIN A. STASUN
   b. SWIFT ATTORNEY SERVICE
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $63.50
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:
       (iii) County: San Mateo

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 12, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     (KATELIN A. STASUN)     greene.11564

| Attorney or Party without Attorney:<br>RONALD C. CHAUVEL, Bar #083182<br>GREENE, CHAUVEL, DESCALSO, & MINOLETTI<br>951 Mariner's Island Blvd, STE 630<br>San Mateo, CA 94404<br>Telephone No: 650-573-9500  FAX No: 650-573-9689 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.:<br>ALVARO-2 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| Plaintiff: DE SOL CORP., INC., a California corporation | | | | |
| Defendant: VEGAS CONNECTION, INC., a California corporation | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4107 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; JUDGE ARMSTRONG'S STANDING ORDERS; CLERK'S NOTICE

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:       Thu., Aug. 30, 2007
    b. Place of Mailing:      Redwood City, CA 94063
    c. Addressed as follows:  OMAR AWAD
                              800 MCGARRY STREET #4
                              Los Angeles, CA 90021

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 30, 2007 in the ordinary course of business.

5. Person Serving:
    a. KATELIN A. STASUN
    b. SWIFT ATTORNEY SERVICE
       P.O. BOX 5324
       500 ALLERTON STREET, SUITE 105
       Redwood City, CA 94063
    c. (650)364-9612, FAX (650)364-3305

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*  $63.50
    e. I am: (3) registered California process server
        (i) Employee
        (ii) Registration No.:
        (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Sep. 12, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(KATELIN A. STASUN)

*greene.11564*