UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE SOL CORP            Plaintiff, ) | | No. C 07-04107 SBA |
| vs.                                          ) | | CLERK'S NOTICE |
| VEGAS CONNECTION INC,    )<br>          Defendant.                      ) | | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for November 15, 2007, at 3:15 p.m., has been continued to Tuesday, December 18, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 11/8/07

                                                             FOR THE COURT,
                                                              Richard W. Wieking, Clerk

                                                               By: _/s/ Lisa R. Clark_____
                                                                  LISA R. CLARK
                                                                   Courtroom Deputy

To: