LAW OFFICES OF

## GREENE, CHAUVEL, DESCALSO & MINOLETTI

A PROFESSIONAL CORPORATION

951 MARINER'S ISLAND BOULEVARD, SUITE 630
SAN MATEO, CALIFORNIA 94404-1561
TELEPHONE: (650) 573-9500
FACSIMILE: (650) 573-9689
WWW.GREENECHAUVEL.COM

RONALD C. CHAUVEL
MICHAEL G. DESCALSO†
PAUL G. MINOLETTI
MARC I. HERSHMAN
BRANDON L. REEVES
MARTIN E. HARBAND*
SUSAN J. BAYERD*

*OF COUNSEL
†BOARD CERTIFIED CIVIL TRIAL
SPECIALIST-- NATIONAL BOARD
OF TRIAL ADVOCACY

RAYMOND A. GREENE, JR.
(1931-1997)

SAN JOSE OFFICE
1625 THE ALAMEDA, SUITE 700
SAN JOSE, CALIFORNIA 95126
TELEPHONE: (408) 271-3870
FACSIMILE: (650) 573-9689

September 5, 2007

Reply To: San Mateo Office

**<u>Via Federal Express</u>**

John B. Richards
Law Office of John B. Richards
137 E Anapamu St.
Santa Barbara, CA 93101

  Re: <u>De Sol Corp., Inc. v. Vegas Connection, Inc. et al.</u>
    <u>Northern District of CA Case No. C 07-4107 SBA</u>

Dear Mr. Richards:

  Thank you for agreeing to accept service of plaintiff's complaint in the above-entitled action on behalf of the three defendants. Enclosed please find a Notice and Acknowledgement form for your signature for each defendant, along with three full copies of the complaint and summons. Please return the forms to this office at your earliest convenience.

  Thank you for your courtesy and cooperation in this regard.

          Very truly yours,

          GREENE, CHAUVEL, DESCALSO & MINOLETTI

          Brandon L. Reeves

Enclosures

*Exhibit 1*

LAW OFFICES OF

## GREENE, CHAUVEL, DESCALSO & MINOLETTI

A PROFESSIONAL CORPORATION

RONALD C. CHAUVEL
MICHAEL G. DESCALSO†
PAUL G. MINOLETTI
MARC I. HERSHMAN
BRANDON L. REEVES
MARTIN E. HARBAND*
SUSAN J. BAYERD*

951 MARINER'S ISLAND BOULEVARD, SUITE 630
SAN MATEO, CALIFORNIA 94404-1561
TELEPHONE: (650) 573-9500
FACSIMILE: (650) 573-9689
WWW.GREENECHAUVEL.COM

RAYMOND A. GREENE, JR.
(1931-1997)

SAN JOSE OFFICE
1625 THE ALAMEDA, SUITE 700
SAN JOSE, CALIFORNIA 95126
TELEPHONE: (408) 271-3870
FACSIMILE: (650) 573-9689

*OF COUNSEL
†BOARD CERTIFIED CIVIL TRIAL
SPECIALIST – NATIONAL BOARD
OF TRIAL ADVOCACY

September 28, 2007

Reply To: San Mateo Office

**Via Facsimile & U.S. Mail**
(805) 965-5698

John B. Richards
Law Office of John B. Richards
137 E Anapamu St.
Santa Barbara, CA 93101

Re:  **De Sol Corp., Inc. v. Vegas Connection, Inc. et al.**
     **Northern District of CA Case No. C 07-4107 SBA**

Dear Mr. Richards:

Pursuant to our telephone conversation yesterday, this letter confirms that De Sol Corp. has granted all three defendants in the above-entitled action an extension to and including October 12, 2007 to file a responsive pleading to De Sol's complaint.

Enclosed are copies of the invoices we discussed which demonstrate that from the very beginning Vegas Connection entered into agreements with, and was invoiced by, De Sol Corp. De Sol Corp.'s principal place of business is and was at all times San Mateo, California.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

GREENE, CHAUVEL, DESCALSO & MINOLETTI

Brandon L. Reeves

Enclosures

Exhibit 2

# HP LaserJet *3330* 

HP LASERJET 3330

Sep-27-2007   11:09AM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 580 | 9/27/2007 | 10:59:03AM | Send | 18059655698 | 10:33 | 28 | OK |

*PROVIDING CLIENTS WITH SOLUTIONS IN*

*Business Litigation*
*Commercial Corporate and Business Law*
*Insurance Practice*
*Intellectual Property*
*Real Estate and Construction Law*
*Transportation*
*Estate Planning/Conservatorships*

951 Mariner's Island Blvd., Ste. 630
San Mateo, CA 94404-1561
Telephone: (650) 573-9500
Facsimile: (650) 573-9689
www.greenechauvel.com
E-MAIL: brandon@greenechauvel.com

## Fax

| | | | |
|---|---|---|---|
| To: | John Richards | From: | Brandon Reeves, Esq. |
| Fax: | 805-963-5698 | Pages: | 28 (including cover page) |
| Phone: | 805-683-2736 | Date: | September 27, 2007 |
| Re: | Vegas Connection | Our File No. | 5016-2 |

*WARNING: CONFIDENTIAL!* The document being telecopied to you may contain information protected by the attorney-client/work product privileges. It is intended only for the person to whom it is addressed. If you are not the intended recipient or an authorized agent, then this is notice to you that dissemination, distribution or copying of this document is prohibited. If this was received in error, please call us at once and destroy the document.

*Comments/Attachments:

Ex. 2

LAW OFFICES OF

## GREENE, CHAUVEL, DESCALSO & MINOLETTI

A PROFESSIONAL CORPORATION

RONALD C. CHAUVEL
MICHAEL G. DESCALSO†
PAUL G. MINOLETTI
MARC I. HERSHMAN
BRANDON L. REEVES
MARTIN E. HARBAND*
SUSAN J. BAYERD *

*OF COUNSEL
†BOARD CERTIFIED CIVIL TRIAL
SPECIALIST – NATIONAL BOARD
OF TRIAL ADVOCACY

951 MARINER'S ISLAND BOULEVARD, SUITE 630
SAN MATEO, CALIFORNIA 94404-1561
TELEPHONE: (650) 573-9500
FACSIMILE: (650) 573-9689
WWW.GREENECHAUVEL.COM

RAYMOND A. GREENE, JR.
(1931-1997)

SAN JOSE OFFICE
1625 THE ALAMEDA, SUITE 700
SAN JOSE, CALIFORNIA 95126
TELEPHONE: (408) 271-3870
FACSIMILE: (650) 573-9689

November 19, 2007

Reply To: San Mateo Office

**Via Facsimile & U.S. Mail**
(805) 965-5698

John B. Richards
Law Office of John B. Richards
137 E Anapamu St.
Santa Barbara, CA 93101

Re:   **De Sol Corp., Inc. v. Vegas Connection, Inc. et al.**
      **Northern District of CA Case No. C 07-4107 SBA**

Dear Mr. Richards:

De Sol Corp. has advised me that Jose Antonio Gonzales ("Tony") and Andres Perez ("Boracho") have been approached by customers of Vegas Connection, Inc. with regard to the above-entitled action.

The customers inform Tony and Boracho that they were contacted by Vegas Connection to provide false and potentially damaging testimony against Tony, Boracho, and De Sol Corp. in this action, in return for forgiveness of obligations owed to Vegas Connection.

De Sol Corp. stands ready to pursue any and all available remedies against Vegas Connection regarding false or misleading statements tending to injure De Sol Corp., Tony, and/or Boracho directly or indirectly respecting their profession, trade, or business, either by imputing general disqualification or by imputing something that has a natural tendency to lessen profits.

Libel is defined broadly as including unprivileged communications exposing a person to "hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation." Cal. Civ. Code § 45. Exemplary or punitive damages are available, in addition to special and general damages, for the sake of example and by way of punishing a defendant who has maliciously made such statements.

If this is the manner in which your clients are procuring "witnesses" to support their defense, Motion to Transfer Venue, and/or to support any attempt to consolidate this action with the action against Manuel Reynoso and his companies, I suggest they cease and desist such activities immediately.

Exhibit 3

LAW OFFICES OF
GREENE, CHAUVEL, DESCALSO & MINOLETTI

John B. Richards
November 19, 2007
Page 2 of 2

---

By copy to Bart Botta, I expect that Manuel Reynoso will not engage in such conduct either, or if he has, that he will cease and desist immediately.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

GREENE, CHAUVEL, DESCALSO & MINOLETTI

Brandon L. Reeves

cc: Bart Botta (via fax only)

Ex. 3

# HP LaserJet *3330*



HP LASERJET 3330

Nov-19-2007  3:54PM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 491 | 11/19/2007 | 3:51:42PM | Send | 18059655698 | 1:04 | 3 | OK |
| 492 | 11/19/2007 | 3:52:51PM | Send | 19497520953 | 1:20 | 3 | OK |

*PROVIDING CLIENTS WITH SOLUTIONS IN*

*Business Litigation*
*Commercial Corporate and Business Law*
*Insurance Practice*
*Intellectual Property*
*Real Estate and Construction Law*
*Transportation*
*Estate Planning/Conservatorships*

951 Mariner's Island Blvd., Ste. 630
San Mateo, CA 94404-1561
Telephone: (650) 573-9500
Facsimile: (650) 573-9689
www.greenechauvel.com
E-MAIL: brandon@greenechauvel.com

# Fax

| | | | |
|---|---|---|---|
| To: | John Richards | From: | Brandon Reeves |
| Cc: | Bart Botta | | |
| Fax: | 805-965-5698<br>949-752-0953 | Pages: | 3 (including cover page) |
| Phone: | 805-683-2736 | Date: | November 19, 2007 |
| Re: | Vegas Connection | Our File No. | 5016-2 |

***WARNING: CONFIDENTIAL!*** The document being telecopied to you may contain information protected by the attorney-client/work product privileges. It is intended only for the person to whom it is addressed. If you are not the intended recipient or an authorized agent, then this is notice to you that dissemination, distribution or copying of this document is prohibited. If this was received in error, please call us at once and destroy the document.

•Comments/Attachments:

Ex. 3