

Exhibit 4



CRUZ IRENE ZAMORA GONZALEZ
SUR 115 MZ 13, #2257
COL. JUVENTINO ROSAS
DEL. IZTACALCO

BROKER/PAYABLE TO:
DE SOL CORP.
P.O BOX 268
SOUTH SAN FRANCISCO, CA 94083-0268

TO: VEGAS CONNECTIONS
800 McGarry St, #4
Los Angeles, CA 90021
213.622.6971  Tel
213.622.6973  Fax

| INVOICE | 1022 |
|---|---|
| DATE | 02.07.07 |
| TRUCK | 711S |
| GUIA | 3038 |
| TERMS | |

| QTY | DESCRIPTION | KG | LBS. | UNIT | PRICE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | CEBOLLITA MEX | CS. | CS. | CS. | 5.50 | 2,880.00 | 2,880.00 |
| | NOPAL | CS. | CS. | CS. | 19.50 | 1,953.50 | 4,823.50 |
| | CHAYATE ESPINO | CS. | CS. | CS. | 17.00 | 833.00 | 5,656.50 |
| | MILPERO | | 3627 | CS. | 0.85 | 4,782.95 | 10,439.45 |
| | HUAJE ROJO | | 1761 | CS. | 1.35 | 2,377.35 | 12,816.80 |
| | HUAJE VERDE | | 1219 | 19.83 | 1.30 | 1,584.70 | 14,401.50 |
| | CHILACA | | 801 | 23.75 | 0.90 | 855.90 | 15,257.40 |
| | CHICHAROS | | 1167 | 29.01 | 0.95 | 1,108.65 | 16,366.05 |
| | HABA | | 4828 | 22.00 | 1.15 | 5,552.20 | 21,918.25 |
| | EPAZOTE | C | 350 | 22.00 | 3.25 | 1,137.50 | 23,055.75 |
| | | | | | | 23,055.75 | 23,055.75 |

APPROVED BY: _____

Exhibit 5