1  RONALD C. CHAUVEL (SBN 83182)
   BRANDON L. REEVES (SBN 242897)
2  GREENE, CHAUVEL, DESCALSO & MINOLETTI
   951 Mariner's Island Blvd., Suite 630
3  San Mateo, CA 94404
   Telephone:  (650) 573-9500
4  Facsimile:   (650) 573-9689
   ron@greenechauvel.com
5  brandon@greenechauvel.com

6  Attorneys for Plaintiff
   De Sol Corp., Inc.
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  (Oakland Division)

11 | De Sol Corp., Inc., a California corporation, | Case No.  C07 4107 SBA |
|---|---|
12 | Plaintiff, | **PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER FOR CONVENIENCE** |
13 | vs. | |
14 | Vegas Connection, Inc., a California corporation; Omar Awad, an individual; Jahangir Shahriari, an individual, | |
15 | | |
   | | Hearing Date:  December 18, 2007 |
16 | Defendants. | Time:  1:00 p.m. |
   | | Dept.: 3 |

19      Plaintiff hereby formally objects to Defendants' Notice of Motion and Motion to Transfer

20 for Improper Venue, or in the Alternative, to Transfer for Convenience, including the

21 declarations of Jahangir Shahriari and Bart Botta in support of said Motion, on the basis that said

22 Motion and supporting declarations were filed late.  Said Motion was filed well beyond the time

23 agreed to by the parties for Defendants to answer or respond to Plaintiff's Complaint.

24      The parties expressly agreed that Defendants would file a responsive pleading to the

25 Complaint by no later than Friday, October 12, 2007.  Declaration of Brandon L. Reeves in

26 Support of Opposition to Defendants' Motion to Transfer for Improper Venue, or in the

                                                1
28 **PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE, TO TRANSFER FOR CONVENIENCE**

Alternative, to Transfer for Convenience ¶¶ 5-6, Ex 2.  Defendants ignored their agreement with Plaintiff and failed to respond as agreed, in a timely manner.  The instant Motion and supporting declarations were filed four days later on Tuesday, October 16, 2007, to the Plaintiff's detriment and prejudice.

Accordingly, the Court should deny this Motion and allow Plaintiff to proceed with an application for judgment by default pursuant to Federal Rule of Civil Procedure 55(b)(2).

DATED: November 27, 2007            GREENE, CHAUVEL, DESCALSO & MINOLETTI

BY: _____
    RONALD C. CHAUVEL
    BRANDON L. REEVES
    Attorneys for Plaintiff