RONALD C. CHAUVEL (SBN 83182)
BRANDON L. REEVES (SBN 242897)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
951 Mariner's Island Blvd., Suite 630
San Mateo, CA 94404
Telephone: (650) 573-9500
Facsimile: (650) 573-9689
ron@greenechauvel.com
brandon@greenechauvel.com

Attorneys for Plaintiff
De Sol Corp., Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| De Sol Corp., Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Vegas Connection, Inc., a California corporation; Omar Awad, an individual; Jahangir Shahriari, an individual,<br><br>Defendants. | Case No. C07 4107 SBA<br><br>**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**<br><br>Hearing Date: December 18, 2007<br>Time: 1:00 p.m.<br>Dept.: 3 |

Plaintiff hereby formally objects to the purported evidence submitted to the Court in support of Defendants' Motion to Transfer Case for Improper Venue. The declaration of Jahangir Shahriari in support of Defendants' motion is objectionable for the following reasons:

| **DEFENDANTS' EVIDENCE** | **OBJECTION(S)** |
|---|---|
| Declaration of Jahangir Shahriari in Support of Defendants' Motion to Transfer Case for Improper Venue ("Decl. of Shahriari") | The entire Declaration of Jahangir Shahriari is deficient and cannot be considered as evidence. The Declaration is not sworn or subscribed as true under penalty of perjury as required by law. 28 U.S.C. § 1746.<br><br>"Factual contentions made in support of or in |

1

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| | opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record." N.D.C.A. Local Rule 7-5(a). |
| | Here, the purported evidence offered in Mr. Shahriari's Declaration is critical to the outcome of the Motion to Transfer. |
| | Mr. Shahriari claims that certain individuals will act as witnesses in support of Defendants' defense; however, most of those witnesses are not going to offer such testimony against Plaintiff. See Decl. of Roberto Alvaro in Support of Opposition to this Motion ¶¶ 17-19. |
| | Nothing in Mr. Shahriari's Decalration can be considered competent, admissible evidence. Mr. Shahriari makes serious accusations of fraud, scams, conspiracy, and/or unscrupulous conduct against Plaintiff but, importantly, such accusations are not attested to under penalty of perjury, nor are such accusations sworn in the presence of a notary public. |
| | Mr. Shahriari's testimony about potential witnesses in favor of Vegas Connection's defense, who allegedly reside in Los Angeles, likewise cannot be considered or treated as admissible evidence. The same applies to Mr. Shahriari's statements about convenience and fairness and burden of having the action tried in Northern, as opposed to Southern, California. |
| | Accordingly, Plaintiff would be substantially prejudiced if the Court were to allow Mr. Shahriari's Declaration to pass as admissible evidence. |
| | The entire Motion must be denied because without any evidence whatsoever to support the Motion, the jurisdictional assertions in the Complaint are not contradicted. |
| Decl. of Shahriari ¶ 9, Page 3, Lines 6-12. | Irrelevant. Defendant's arguments related to familial relations and unrelated cases against unrelated parties have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by |

2

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| | Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari.<br><br>Argumentative and conclusory. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) |
| Decl. of Shahriari ¶ 13, Page 3, Lines 26-28, Page 4, Line 1. | Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 14, Page 4, Lines 2-9. | Irrelevant. Defendant's arguments concerning unrelated cases involving unrelated parties have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari.<br><br>Argumentative, conclusory, and lacks |

3

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| | foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 15, Page 4, Lines 10-18. | Irrelevant. Defendant's arguments concerning unrelated cases involving unrelated parties have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari.<br><br>Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |

4

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| | Lacks foundation. Defendant's comments about Plaintiff trying to "trick" the Court lack any foundation whatsoever and are wholly inappropriate in the context of this Motion, or in any context, when such comments lack any relevancy and/or foundation. |
| Decl. of Shahriari ¶ 16, Page 4, Lines 19-26. | Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 17, Page 4, Lines 27-28, Page 5, Lines 1-3. | Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |

5

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| Decl. of Shahriari ¶ 18, Page 5, Lines 4-8. | Argumentative, conclusory, and lacks foundation.  Contains improper legal argument.  Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence.  Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.)  Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 19, Page 5, Lines 9-15. | Argumentative, conclusory, and lacks foundation.  Contains improper legal argument.  Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence.  Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.)  Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 20, Page 5, Lines 16-26 | Argumentative, conclusory, and lacks foundation.  Contains improper legal argument.  Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence.  Northern District of California Local Rule 7-5; Generale |

6

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| | Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 21, Page 5, Lines 27-28, Page 6, Lines 1-5 | Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| Decl. of Shahriari ¶ 22, Page 6, Lines 6-12. | Argumentative. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd., 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; Tri-State Mfg. Co. v. Superior Court of Los Angeles County, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) |

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

| | |
|---|---|
| Decl. of Shahriari ¶ 23, Page 6, Lines 13-17. | Argumentative. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) |
| Decl. of Shahriari ¶ 24, Page 6, Lines 18-19. | Lacks foundation; argumentative. Defendant lacks personal knowledge of the whereabouts of Plaintiff's accounting records and bank records which will be used to support Plaintiff's case. Such records are not located in Los Angeles, as Defendant contends. |
| Decl. of Shahriari ¶ 25, Page 6, Lines 20-22. | Irrelevant. Defendant's arguments concerning unrelated cases involving unrelated parties have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |
| | Argumentative, conclusory, and lacks foundation. Contains improper legal argument. Declarations must contain facts and avoid conclusions and arguments in order to constitute admissible evidence. Northern District of California Local Rule 7-5; <u>Generale Bank Nederland, N.V. v. Eyes of the Beholder Ltd.</u>, 61 Cal.App.4th 1384, 1390 (1998); Cal. Code of Civ. Proc. § 2015.5; <u>Tri-State Mfg. Co. v. Superior Court of Los Angeles County</u>, 224 Cal.App.2d 442, 444-445 (1964)(declaration must be factual and based on personal knowledge to be admissible.) Defendant's bare, unsupported contentions of alleged scams and/or conspiracies have no bearing whatsoever on the issue presently before the Court concerning proper venue in the action by Plaintiff against Defendants Vegas Connection, Inc., Omar Awad, and Jahangir Shahriari. |

8

**PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE**

Plaintiff therefore requests that the Court not consider any of the objectionable "evidence" submitted by Defendants, as set forth above.

DATED: November 27, 2007          GREENE, CHAUVEL, DESCALSO & MINOLETTI

BY: _____
　　　RONALD C. CHAUVEL
　　　BRANDON L. REEVES
　　Attorneys for Plaintiff

PLAINTIFFS' OBJECTIONS TO DECLARATION OF JAHANGIR SHAHRIARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE FOR IMPROPER VENUE