# LAW OFFICE OF JOHN B. RICHARDS
Attorney at Law

John B. Richards        137 E. Anapamu Street        Anthony Martinez
       Santa Barbara, California 93101        Legal Assistant
       Office (805) 683-2736   FAX (805) 965-5698

December 13, 2007

**VIA FAX 510/637-3564 AND E-FILING**
Ms. Lisa Clark, Calendar Clerk
J. Saundra B. Armstrong
**U.S. DISTRICT COURT, NORTHERN DISTRICT**
1301 Clay Street, Ste. 400 South
Oakland, CA 94612

       Re:      De Sol Corp. v. Vegas Connection, et. al.
                 U.S.D.C. Case No. C07 4107 SBA

Dear Ms. Clark:

       This letter will confirm our telephone conversation earlier this morning wherein I notified you that I believe this matter has been resolved. For this reason I would ask that the Court conditionally dismiss this matter pending the parties' respective approval and signing of a final settlement agreement. It is my understanding that currently pending matters will be taken off the Court's calendar, including the C.M.C. and Motion To Transfer hearings currently set for December 12, 2007 @ 1:00 p.m. in Judge Armstrong's courtroom.

       Thank you for your assistance in this matter. Please contact me with any questions, comments or concerns you may have.

       Very truly yours,

       **LAW OFFICE OF JOHN B. RICHARDS**


       John B. Richards
       Attorney At Law

cc: Brandon Reeves, Esq., Atty. For Plaintiff De Sol Corp., Inc.