**United States District Court**
For the Northern District of California

1

2                IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7   DE SOL CORP.,                              No. C 07-04107 SBA

8            Plaintiff,
                                              **ORDER**
9       vs.

10  VEGAS CONNECTIONS, ET AL.,

11           Defendants.

12  _____

13

14

        Good cause appearing,
15
        IT IS HEREBY ORDERED that the date by which any party may move to reopen this case is
16
    extended to 60 days of the date of this order.
17
        IT IS SO ORDERED.
18

19
    Dated: 2/11/08                           SAUNDRA BROWN ARMSTRONG
20                                            United States District Judge

21

22

23

24

25

26

27

28